**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VERMAINE M. BURNS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:18-cv-01231** |
| | ) | |
| **KIM R. HELPER, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 32), which was filed on October 24, 2019. Through the Report and Recommendation, the Magistrate Judge recommends Plaintiff's Motion for Leave to Amend a Second Time (Doc. No. 22) be denied, and Defendant Slatery's Motion to Dismiss Amended Complaint (Doc. No. 19) be granted and this action be dismissed. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's Motion for Leave to Amend a Second Time (Doc. No. 22) is **DENIED,** and Defendant Slatery's Motion to Dismiss Amended Complaint (Doc. No. 19) is **GRANTED,** and this action is **DISMISSED.** Plaintiff's Motion for Summary Judgment (Doc. No. 25), seeking denial of Defendant's motion to dismiss, is **DENIED**, as moot.

All claims having been dismissed, this Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE